### BRUSCATTO v. STEWART (GENERAL EXCHANGE INS. CORPORATION, Intervener).

#### No. 5286.

Court of Appeal of Louisiana. Second Circuit.

Dec. 11, 1936.

Sholars & Gunby, R. B. Guerriero, and H. D. Montgomery, all of Monroe, for Bruscatto and Stewart.

Clark, Parker & Davenport, of Monroe, for General Exchange Ins. Corporation.

DREW, Judge.

In this case appellants and appellee have joined in a motion praying that the case be remanded to the lower court for comple-

tion of the record. Under the circumstances and the condition of the record, we find no good reason why it should not be remanded.

It is therefore ordered that the record in this case be remanded to the lower court for the purpose of having same completed.